```
1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277
```

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| Antulio Aizar Meneses | ) Chapter 13 |
|  | ) |
|  | ) Case No.: 8:10-bk-14566-RK |
| Lesbia Magali Meneses | ) |
|  | ) **NOTICE OF UNCLAIMED DIVIDEND** |
|  | ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301132** in the sum of **$107.69** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    Antulio Aizar Meneses
    15912 Myrtle Ave
    Tustin, CA 92702

Date: September 10, 2011          __/S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1014566 | Antulio Aizar & Lesbia Magali Meneses ACCT: | Claim: 00000 | XXX-XX-3031 XXX-XX-7924 | 107.69 | 0.00 | 107.69 |
| | | TOTALS | | 107.69 | 0.00 | 107.69 |

Antulio Aizar Meneses
Lesbia Magali Meneses
BALANCE:             [0.00  1/00000]
SSN: XXX-XX-3031   SSN: XXX-XX-7924
ACCT:                      CASE: 1014566
PRINCIPAL:       107.69   INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0301132

Aug 22, 2011

VOID 90 DAYS FROM DATE

*******$107.69

PAY   One Hundred Seven And 69 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301132⑈ ⑆061100790⑆ 0000005751862⑈